UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

LAURIE BAATZ,

    Plaintiff,

vs.

MOHAWK ESV, INC., JEFFERY WEAVER

    Defendants.

CIVIL ACTION FILE

NO.  4:20-cv-00260-MHC

## J U D G M E N T

This action having come before the court, the Honorable Mark H. Cohen, United States District Judge, for consideration of the magistrate judge's report and recommendations of 4/22/2021 and 11/02/2022, and of defendants' motion to dismiss and defendant Mohawk's motion for summary judgment, with the court having adopted said recommendations and granted said motions in part or in whole, it is

**Ordered and Adjudged** (as to the 4/22/2021 R&R) that the action be, and the same hereby is, **DISMISSED WITH PREJUDICE** as to defendant Jeffery Weaver.   Additionally (as to 11/02/2022 R&R) that plaintiff take nothing; that defendant recover costs of this action, and that the remaining Counts One and Four of the Amended Complaint are **DISMISSED WITH PREJUDICE** as to defendant Mohawk ESV, Inc..

Dated at Rome, Georgia, this 30th day of December, 2022.

                                                          KEVIN P. WEIMER
                                                        CLERK OF COURT

                                    By:   s/ Teressa Frazier
                                                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 30, 2022
Kevin P. Weimer
Clerk of Court

By:  s/ Teressa Frazier
       Deputy Clerk